**EXHIBIT A**

# FRANKLIN COLLEC ON SERVICE, INC.
P. O. Box 3910 • Tupelo, MS 38803

Phone: 662-840-6720
Toll Free: 1-888-215-8962

## GARNISHMENTS ARE COSTLY!

BECAUSE THE PROCESS SERVER, THE GARNISHEE AND THE COURT MUST BE PAID FOR THE SERVICE THEY RENDER AND ALL SUCH COSTS MAY BE CHARGED TO THE DEBTOR BY THE COURT, IF A JUDGEMENT IS ENTERED. HOWEVER, A CREDITOR SELDOM RESORTS TO GARNISHMENT IF THE DEBTOR ACTS IN GOOD FAITH. AT THIS TIME, THERE HAS BEEN NO CIVIL ACTION FILED OR JUDGEMENT OBTAINED. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ALL INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.

☒ **Employment Verified**
☐ **Assets Located**

CASE NUMBER: 007132951

Date: OCTOBER 27, 2004

Unit Manager: Mr. Robinson

Kathy M. Roland
1785 Kirtland Road
Cottonwood, AL 36320-3503

| YOUR DELINQUENT ACCOUNT WITH | AMOUNT DUE |
|---|---|
| UAB MEDICAL WEST and other accounts | $629.61 |

TO BE SURE OF PROPER CREDIT AND TO STOP FURTHER PROCEDURES, RETURN THIS NOTICE WITH PAYMENT IN FULL TO FRANKLIN COLLECTION SERVICE, INC.