AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

KATHY M. ROLAND

V.

FRANKLIN COLLECTION SERVICE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-CV-1029-W

TO: (Name and address of Defendant)

FRANKLIN COLLECTION SERVICE, INC.
c/o CHRISTIE DOWLING, ESQ.
BALCH & BINGHAM, LLP
POST OFFICE BOX 306
BIRMINGHAM, ALABAMA 35201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON
ESPY, METCALF & POSTON, P.C.
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_      November 2, 2005
CLERK                    DATE

_Denna M. Moufleet_
(By) DEPUTY CLERK

DEBRA P. HACKETT
CLERK OF COURT
UNITED STATES DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**CERTIFIED MAIL**

7002 0860 0008 4125 7367

FRANKLIN COLLECTION SERVICE, INC.
c/o CHRISTIE L. DOWLING, ESQ.
BALCH & BINGHAM, LLP
POST OFFICE BOX 306
BIRMINGHAM, ALABAMA 35201