Roland

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) T. Clements  C. Date of Delivery |
| 1. Article Addressed to:<br>FRANKLIN COLLECTION SERVICE, INC.<br>c/o CHRISTIE L. DOWLING, ESQ.<br>BALCH & BINGHAM, LLP<br>POST OFFICE BOX 306<br>BIRMINGHAM, ALABAMA 35201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1:05CV1029 (Cmp/sm. 20 Rpt)

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 0860 0008 4125 7367

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540