**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 28, 2005

# NOTICE OF REASSIGNMENT

Re:   Kathy Roland v. Franklin Collection Service, Inc.
      Civil Action No. #1:05-cv-01029-SRW

The above-styled case has been reassigned to Judge Charles S. Coody.

Please note that the case number is now #1:05-cv-01029-CSC.  This new case number should be used on all future correspondence and pleadings in this action.