IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY M. ROLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:05 CV-1029-W |
| | ) |
| FRANKLIN COLLECTION SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT FRANKLIN COLLECTION SERVICE, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Franklin Collection Service, Inc., pursuant to Federal Rule of Civil Procedure 7.1, hereby makes its corporate disclosure statement.

1.  Franklin Collection Service, Inc. is a Mississippi Corporation headquartered in Tupelo, Mississippi. Dan Franklin owns 100% of the stock in Franklin Collection Service, Inc.

/s Gregory C. Cook
One of the Attorneys for Defendant
Franklin Collection Service, Inc.

OF COUNSEL:

Gregory C. Cook
Sean W. Shirley
BALCH & BINGHAM LLP
1710 6th Avenue North
Birmingham, Alabama 35203
205-226-8761 (phone)
205-226-8798 (facsimile)

804904.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record; or a copy has been served via first-class United States mail, postage prepaid, on counsel/parties as indicated by the Court's notice.

                                                        /s Gregory C. Cook
                                                        Of Counsel

804904.1