**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 18, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **Kathy Roland v. Franklin Collection Service, Inc.** |
| **Case Number:** | **#1:05-cv-01029-CSC** |
| **Referenced Document:** | **Document #8, 9 and 10** |
| | **Notices of Appearance** |

**This Notice has been docketed to enter the pdfs of the certificates of service into the record. The original pdfs did not contain certificates of service. The corrected pdfs are attached to this notice.**