IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY M. ROLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:05 CV-1029-W |
| | ) |
| FRANKLIN COLLECTION SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL AS COUNSEL

Gregory C. Cook and Sean W. Shirley, of Balch & Bingham LLP, gives notice of their withdrawal as counsel for Franklin Collection Service, Inc.

Dated this 30th day of January, 2006.

_____
One of the Attorneys for Defendant
Franklin Collection Service, Inc.

**OF COUNSEL:**

Gregory C. Cook
Sean W. Shirley
BALCH & BINGHAM LLP
1710 6th Avenue North
Birmingham, Alabama 35203
205-226-8761 (phone)
205-226-8798 (facsimile)

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record; or a copy has been served via first-class United States mail, postage prepaid, on counsel/parties as indicated by the Court's notice.

_____
Of Counsel