IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY M. ROLAND, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05CV1029-C |
| | ) |
| FRANKLIN COLLECTION SERV., INC., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the January 30, 2006, motion to withdraw (doc. # 13) filed by attorneys Sean Shirley and Gregory Cook. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw filed by attorneys Sean Shirley and Gregory Cook be and is hereby GRANTED.

Done this 2nd day of February, 2006.

                                    /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE