### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KATHY M. ROLAND,** )<br>)<br>  **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**FRANKLIN COLLECTION SERVICE,** )<br>**INC.,** )<br>)<br>  **Defendant.** ) | **CIVIL ACTION NUMBER:**<br><br>1:05-CV-1029-C |

### NOTICE OF APPEARANCE

**COMES NOW,** Travis B. Holly, of the law firm Lloyd, Gray & Whitehead, P.C., 2501 20th Place South, Suite 300, Birmingham, Alabama 35223, telephone number (205) 967-8822, and hereby enters his Notice of Appearance as additional counsel for Defendant, Franklin Collection Service, Inc.

Travis B. Holly requests that copies of all further notices and documents be forwarded to him and that his name be added to the Certificate of Service.

This the  **2**<sup>nd</sup>  day of **February, 2006**.

                                                                          */s/Travis B. Holly*
                                                                          Travis B. Holly (ASB 2220-R69H)
                                                                          Attorney for Defendant,
                                                                          Franklin Collection Service, Inc.

**OF COUNSEL:**

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822 – Telephone
(205) 967-2380 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama, on this the **2nd** day of February, **2006**.

Sean W. Shirley, Esq.
Gregory Carl Cook, Esq.
BALCH & BINGHAM
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015

David G. Poston, Esq.
ESPY, METCALF & POSTON, P.C.
P.O. Drawer 6504
Dothan, Alabama 36302

                                                  */s/Travis B. Holly*
                                                  OF COUNSEL