IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY M. ROLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV1029-C |
| ) | |
| FRANKLIN COLLECTION SERV., INC., ) | |
| ) | |
| Defendants. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

January 17, 2006
Date

Signature

Kathy Roland, Plaintiff
Counsel For (**print** name of all parties)

P.O. Drawer 6504 Dothan, AL 36302
Address, City, State Zip Code

(334) 793-6288
Telephone Number

# DO NOT ELECTRONICALLY FILE THIS DOCUMENT