IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED 2006 FEB -3 A 9:48

| | |
|---|---|
| KATHY M. ROLAND,              ) | |
| )                             | |
| Plaintiff,                    ) | |
| )                             | |
| v.                            ) | CIVIL ACTION NO. 1:05CV1029-C |
| )                             | |
| FRANKLIN COLLECTION SERV., INC., ) | |
| )                             | |
| Defendants.                   ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/1/06
Date

[Signature: Laura C. ...]
Signature

Franklin Collection Service, Inc.
Counsel For (**print** name of all parties)

Lloyd, Gray & Whitehead, PC
2501 Twentieth Place South, Ste. 300
Birmingham, AL 35223
Address, City, State Zip Code

(205) 967-8822
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**

3