IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHY M. ROLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv1029-CSC |
| | ) | |
| FRANKLIN COLLECTION SERV., INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the parties' Report of Planning Meeting (doc. # 12), it is

ORDERED that this matter be and is hereby set for scheduling conference on February 22, 2006, at 10:30 a.m. This proceeding shall be conducted by telephone conference. The plaintiff shall set up the telephone conference.

Done this 13th day of February, 2006.


　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE