# MINUTES

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA | |
| DATE COMMENCED: 2/22/06 | AT | 10:31 A.M. - 10:36 A.M. | |
| DATE COMPLETED: 2/22/06 | AT | FTR RECORDING | |

```
KATHY ROLAND                        *
                                    *
     Plaintiff                      *
                                    *
vs.                                 *     CASE NO. 1:05CV1029-CSC
                                    *
FRANKLIN COLLECTION SERVICES, INC   *
                                    *
     Defendant                      *
```

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. David G. Poston | * | Atty Travis B. Holly |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON          LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS:     ***SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Sched. Conf. - 05cv1029-CSC
**Date:** 2/22/2006
**Location:** Courtroom 4B

| Time | Speaker | Note |
| --- | --- | --- |
| 10:31:47 AM | Court | Conf calls begins; parties on line; Discussions re: Scheduling case; Discussions as to what is left to try; |
| 10:32:06 AM | Atty. Poston | Response - case may go out on summary judgment; Need to conduct some discovery; |
| 10:32:37 AM | Court | Have read complaint; Discussion as to complaint is based on; |
| 10:33:09 AM | Atty. Poston | Response; |
| 10:34:01 AM | Court | Why would it take a year to get case ready? |
| 10:34:09 AM | Atty. Poston | Response - likley will not take a year; |
| 10:34:16 AM | Court | Response; Will set case on the July 31st term in Dothan; Will give a scheduling order to conduct discovery and to file motions; |
| 10:34:51 AM | Atty. Holly | Question re: term in July; |
| 10:35:15 AM | Court | That will be the trial date; Conference call ends. |