# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KATHY M. ROLAND,** | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | **NUMBER:** |
| | ) | |
| **FRANKLIN COLLECTION SERVICE,** | ) | **1:05-CV-1029-C** |
| **INC.,** | ) | |
| | ) | |
|   Defendant. | ) | |

## NOTICE OF SETTLEMENT

Defendant, Franklin Collection Service, Inc., hereby gives notice to the Court the parties have reached an agreement to settle the above referenced matter and expect to file a Stipulation of Dismissal within the next Fourteen (14) business days. The Defendant requests the Court to remove this case from the pre-trial docket and stay this action pending the submission of the stipulation of dismissal.

        Respectfully Submitted:

        */s/ Travis B. Holly*
        Laura C. Nettles (ASB 5805-S63L)
        Travis B. Holly (ASB-2220-R69H)
        *Attorneys for Defendant*

**OF COUNSEL:**

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Phone:  205-967-8822
Facsimile:  205-967-2380

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama, on this the **28th** day of **February**, **2006**.

Sean W. Shirley, Esq.
Gregory Carl Cook, Esq.
BALCH & BINGHAM
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015

David G. Poston, Esq.
ESPY, METCALF & POSTON, P.C.
P.O. Drawer 6504
Dothan, Alabama 36302

                                          */s/Travis B. Holly*
                                          OF COUNSEL