IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY M. ROLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv1029-CSC |
| ) | |
| FRANKLIN COLLECTION SERV., INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 28, 2006, the parties announced to the court that they had reached an amicable settlement of all issues. *See* Doc. # 21. Accordingly, it is

ORDERED that on or before March 14, 2006, the parties shall file a joint stipulation for dismissal.

Done this 2nd day of March, 2006.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE