IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY M. ROLAND,       )<br>                              )<br>  Plaintiff,                )<br>                              )<br>v.                            )<br>                              )<br>FRANKLIN COLLECTION SERVICE, )<br>INC.,                        )<br>                              )<br>  Defendant.              ) | CIVIL ACTION NUMBER:<br><br>1:05-CV-1029-C |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW**, the Plaintiff, KATHY M. ROLAND, and the Defendant, FRANKLIN COLLECTION SERVICE, INC., by and through their attorneys of record, and stipulate that all claims of Plaintiff against Defendant, in this proceeding are to be dismissed with prejudice, with each party to bear its own costs. The Parties hereby request that this Court enter an Order dismissing the above-styled proceeding with prejudice.

This the **14th** day of **March, 2006.**

*/s/ Travis B. Holly*
Stephen E. Whitehead (ASB-2282-T68S)
Laura C. Nettles (ASB-5805-S63L)
Travis B. Holly (ASB-2220-R69H)
*Attorneys for Defendant, Franklin Collection Service, Inc.*

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

/s/ David G. Poston
David G. Poston
*Attorney for Plaintiff, Kathy Roland*

**Espy, Metcalf & Poston, PC**
P.O. Drawer 6504
Dothan, Alabama 36302

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama on this the **14th** day of **March**, 2006:

U.S Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

William C. Carn, III (Trustee)
Lee & McInish, P.C.
P.O. Box 1665
Dothan, Alabama 36302

Rafael Gil, III
Law Offices of Rafael Gil, III PC
188 North Foster Street, Suite 100
Dothan, Alabama 36303

/s/ Travis B. Holly
OF COUNSEL

2