IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY M. ROLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv1029-CSC |
| ) | |
| FRANKLIN COLLECTION SERV., INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the joint stipulation for dismissal filed on March 14, 2006, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 15th day of March, 2006.

                                          /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE